UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (FORMERLY KNOWN AS THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS) INDIVIDUALLY AND A/S/O DACON CORPORATION AND A/S/O CONDYNE VENTURES, LLC., Plaintiff<br><br>vs.<br><br>GENESIS INDEMNITY INSURANCE COMPANY And TIG INSURANCE COMPANY, Defendants | 05 - 11490 JLT |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter our appearance as counsel for the Defendant, Genesis Indemnity Insurance Company in the above-captioned action.

Respectfully submitted,

Jocelyn M. Sedney, BBO No. 552115
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: July 14, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on