UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11490 JLT

**TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA (FORMERLY
KNOWN AS THE TRAVELERS
INDEMNITY COMPANY OF ILLINOIS)
INDIVIDUALLY AND A/S/O DACON CORPORATION
AND CONDYNE VENTURES, LLC.,
    Plaintiff**
v.

**GENESIS INDEMNITY INSURANCE COMPANY
and TIG INSURANCE COMPANY,
    Defendants**

## JOINT STATEMENT

Pursuant to the August 29, 2005 Order of this Court, the parties to this action respectfully submit this case management proposal and proposed pretrial schedule:

1.    Proposed Agenda of Matters to be Discussed at the Conference:

The parties agree that the principal items on the agenda for the Scheduling Conference include: 1) appropriate deadlines for discovery; 2) appropriate deadlines for dispositive and other motions; 3) setting a trial date; 4) discussing the addition of other parties and whether or not they are indispensable parties.

The parties at this time do not consent to a trial by magistrate judge.

2.    Proposed Pretrial Schedule and Discovery Plan:

The parties propose that fact discovery shall be completed by May 5, 2006.

The parties propose that all dispositive or other motions shall be filed by June 2, 2006.

The parties propose that a trial date should be set at a date convenient for the

2

Court after hearing any dispositive or other motions filed by June 2, 2006.

The parties agree that phased discovery is not desirable in this action.

The parties agree that more than 10 depositions may be needed by each party, and each party hereby requests that they each be allowed to take 15 depositions.

3.    Pending Motions

Although no motions have been served at this time, the parties anticipate the following motions will be filed:

Plaintiff's Motion for Summary Judgment as to Genesis Indemnity Insurance Company and TIG Insurance Company.

Defendant Genesis Indemnity Insurance Company's Motion to Dismiss for Failure to Add Indispensable Parties, or, in the Alternative, Motion to Stay Pending Resolution of Underlying Case.

4.    Certifications Pursuant to Local Rule 16.1(D)(3):

Please find Plaintiff's Certification attached as Exhibit A.

The Defendants will file their respective Certifications separately.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA (FORMERLY
KNOWN AS THE TRAVELERS
INDEMNITY COMPANY OF ILLINOIS)
INDIVIDUALLY AND A/S/O DACON
CORPORATION AND CONDYNE
VENTURES, LLC
By its Attorney,


/s/ William P. Mekrut
Richard J. Riley, BBO#420610
William P. Mekrut, BBO#654350
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA  02111
Ph.: 617-423-3700
Fx.: 617-423-1010
Email: RRiley@MurphyRiley.com
Email: WMekrut@MurphyRiley.com


GENESIS INDEMNITY INSURANCE
COMPANY

By its attorney

/s/ Jocelyn M. Sendy
Jocelyn M. Sedney (BBO#552115)
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th Floor
Boston, MA 02166
Ph: 617-880-7100
Fx: 617-880-7171
Email: jsedney@bhpklaw.com

3

TIG INSURANCE COMPANY

By its attorneys

/s/ William B. Scarpelli
Scott D. Burke (BBO#551255)
William B. Scarpelli (BBO#560034)
Morrison, Mahoney & Miller
250 Summer Street
Boston, MA 02210
Ph.: 617-439-7578
Fx.: 617-342-4937
Email: sburke@morrisonmahoney.com

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11490 JLT

**TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA (FORMERLY
KNOWN AS THE TRAVELERS
INDEMNITY COMPANY OF ILLINOIS)
INDIVIDUALLY AND A/S/O DACON CORPORATION
AND CONDYNE VENTURES, LLC.,
      Plaintiff**
v.

**GENESIS INDEMNITY INSURANCE COMPANY
and TIG INSURANCE COMPANY,
      Defendants**

### LOCAL RULE 16.1(D)(3) CERTIFICATION OF PLAINTIFF

It is hereby certified pursuant to L.R. 16.1(D)(3) that counsel for the Plaintiff and an authorized representative of the Plaintiff have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

1

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA (FORMERLY
KNOWN AS THE TRAVELERS
INDEMNITY COMPANY OF ILLINOIS)
INDIVIDUALLY AND A/S/O DACON
CORPORATION AND CONDYNE
VENTURES, LLC
By its Attorney,

_____
Richard J. Riley, BBO#420610
William P. Mekrut, BBO#654350
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA  02111
Ph.: 617-423-3700
Fx.: 617-423-1010
Email: RRiley@MurphyRiley.com

10-11-05

*[signature: William A. Galasso]*
William Galasso
Travelers Property Casualty Company of America
MCU Director


DATE: