UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRAVELERS INSURANCE INDIVIDUALLY AND A/S/O DACON CORP. AND A/S/O CONDYNE VENTURES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GENESIS INDEMNITY INSURANCE AND TIG INSURANCE,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　C.A. NO.: 05-11490JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT, TIG INSURANCE COMPANY'S
<u>CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)</u>**

　　Pursuant to Local Rule 16.1(D)(3), it is hereby affirmed that we have conferred for the purpose of:

　　A.　Establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

　　B.　Considering the resolution of the litigation through the use of alternative dispute resolution programs.

　　　　　　　　　　　　　　TIG Insurance Company,

　　　　　　　　　　　　　　<u>/s/ Joseph A. Kopala</u>
　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　Title: <u>Claims Manager</u>


　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　<u>/s/ William B. Scarpelli</u>
　　　　　　　　　　　　　　Mark P. Harty, BBO #224780
　　　　　　　　　　　　　　William B. Scarpelli, BBO #560034
　　　　　　　　　　　　　　MORRISON MAHONEY LLP
　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　(617) 439-7500

DATED: October 17, 2005

967878v1