UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 05-11490-JLT |
| GENESIS INDEMNITY INSURANCE COMPANY et al, | * * * | |
| Defendants. | * | |

ORDER

October 18, 2005

TAURO, J.

After a conference on October 18, 2005, this court hereby orders that:

1. Parties have until November 1, 2005 to file their respective motions as referenced in the scheduling conference held on October 18, 2005;

2. Parties have until November 15, 2005 to respond to the abovementioned motions; and

3. A Further Conference is scheduled for January 19, 2006 at 10:00 a.m.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge