UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11490 JLT

TRAVELERS PROPERTY CASUALTY )
COMPANY OF AMERICA (FORMERLY )
KNOWN AS THE TRAVELERS )
INDEMNITY COMPANY OF ILLINOIS) )
INDIVIDUALLY AND A/S/O DACON )
CORPORATION AND A/S/O )
CONDYNE VENTURES, LLC., )
    Plaintiff )
)
vs. )
)
GENESIS INDEMNITY INSURANCE COMPANY )
And TIG INSURANCE COMPANY, )
    Defendants )

### DEFENDANT GENESIS INDEMNITY INSURANCE COMPANY'S MOTION TO JOIN INDISPENSABLE PARTIES WHICH DESTROYS DIVERSITY JURISDICTION REQUIRING DISMISSAL OR REMAND OR, IN THE ALTERNATIVE, MOTION TO STAY THIS CASE PENDING RESOLUTION OF THE UNDERLYING CASE

Defendant, Genesis Indemnity Insurance Company, moves to add indispensable parties to this litigation pursuant to Fed. R. Civ. P. 19. Joinder of the indispensable parties destroys diversity jurisdiction and therefore, this case must be dismissed or remanded to the Superior Court. In the alternative, Genesis Indemnity Insurance Company moves to stay this case pending resolution of the underlying case. This Motion is supported by the attached Memorandum and Exhibits.

For all of the reasons set forth in this Motion, the attached Memorandum and the supporting Exhibits, Defendant, Genesis Indemnity Insurance Company requests that this court dismiss, remand or stay this action based upon the

indispensability of Michael Martin, Frazier Industrial Company, JSS Construction, Environmental Fire Protection, Inc. and SJV Electric, Inc. as parties.

>The Defendants,
>Genesis Indemnity Insurance Company
>By their attorney,
>
>/s/Jocelyn M. Sedney
>Jocelyn M. Sedney, BBO# 552115
>**BRODY, HARDOON, PERKINS & KESTEN, LLP**
>One Exeter Plaza, 12th Floor
>Boston, MA 02116
>(617) 880-7100

Dated: November 1, 2005