UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11490 JLT

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA (FORMERLY
KNOWN AS THE TRAVELERS
INDEMNITY COMPANY OF ILLINOIS)
INDIVIDUALLY AND A/S/O DACON CORPORATION
AND CONDYNE VENTURES, LLC.,
    Plaintiff
v.

GENESIS INDEMNITY INSURANCE COMPANY
and TIG INSURANCE COMPANY,
    Defendants

**PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT ON COUNT I OF THE COMPLAINT**

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA (FORMERLY
KNOWN AS THE TRAVELERS
INDEMNITY COMPANY OF ILLINOIS)
INDIVIDUALLY AND A/S/O DACON
CORPORATION AND CONDYNE
VENTURES, LLC
By its Attorney,

_/s/ William P. Mekrut_

Richard J. Riley, BBO#420610
William P. Mekrut, BBO#654350
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
Ph.: 617-423-3700
Fx.: 617-423-1010
Email: RRiley@MurphyRiley.com
Email: WMekrut@MurphyRiley.com

CERTIFICATE OF SERVICE

I Hereby Certify That On This Day A True Copy Of The Within Document Was Served Upon The Attorney Of Record For Each Party By Mail/Hand
Dated: 11.1.05   WPM

1

## TABLE OF CONTENTS

1. Subcontract between Dacon Corporation and Environmental Fire Protection, Inc., dated October 27, 2000.

2. Contract between Condyne and Dacon Corporation, sated September 8, 2000.

3. Complaint in Martin, et al. v. Dacon Corporation, et al., Commonwealth of Massachusetts, Bristol County Superior Court, Civil Action No. BRCV2002-00168.

4. Deposition of Michael Martin, dated August 4, 2003.

5. Travelers policy number DTCO21OR3260, named insured Dacon Corporation.

6. Genesis Indemnity Insurance Company policy number CX00008549, named insured Environmental Fire Protection, Inc.

7. TIG Insurance Company policy number XLL38857442, named insured Environmental Fire Protection, Inc.

8. Defendant, Genesis Indemnity Insurance Company's List of Deponents and Impending Motions, dated October 11, 2005.

9. Deposition of Michael Walch, dated November 1, 2004.

10. Anheuser-Busch, Inc. v. Empire Indemnity Insurance Company, 2003 Cal. App. Unpub. LEXIS 4963.