UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRAVELERS INSURANCE INDIVIDUALLY AND A/S/O DACON CORP. AND A/S/O CONDYNE VENTURES,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS INDEMNITY INSURANCE AND TIG INSURANCE,<br><br>Defendants. | C.A. NO.: 05-11490JLT |

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for the Defendant, TIG Insurance Company, has attempted to confer with Richard J. Riley, attorney for the Plaintiff in the above-entitled action, in a good faith attempt to resolve or narrow the issues raised by the instant motion, and that we have been unable to do so.

Defendant,
TIG INSURANCE COMPANY
By its Attorneys,

/s/ William B. Scarpelli

---
Mark P. Harty, BBO #224780
William B. Scarpelli, BBO #560034
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

Dated: November 29, 2005

979801v1