UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11490 JLT

|  |  |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (FORMERLY KNOWN AS THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS) INDIVIDUALLY AND A/S/O DACON CORPORATION AND A/S/O CONDYNE VENTURES, LLC., Plaintiff<br><br>vs.<br><br>GENESIS INDEMNITY INSURANCE COMPANY And TIG INSURANCE COMPANY, Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Defendants,
Genesis Indemnity Insurance Company
By their attorney,

/s/ Jocelyn M. Sedney
Jocelyn M. Sedney, BBO# 552115
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

The Defendant,
TIG Insurance Company
By their attorney,

/s/ William B. Scarpelli
Mark P. Harty, BBO#224780
William B. Scarpelli, BBO#560034
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 737-8886

Dated: November 29, 2005

## TABLE OF CONTENTS

1. Deposition of Jason Streko, dated October 25, 2004.

2. Deposition of Scott J. Viveiros, dated April 28, 2005.

3. Deposition of John David Goffredo, dated September 20, 2004.

4. Deposition of Donald J. O'Neill, dated July 14, 2004.