# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA**
       **Plaintiff,**


       **V**                         **CA 05-11490-JLT**


**GENESIS IDEMNITY INSURANCE**
**ET AL,**
   **Defendants.**


## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

   The court having been advised on January 26, 2006 by counsel for the

parties that the above action has been settled:    IT IS ORDERED that this

action is hereby dismissed without prejudice to reconsideration and possible

re-opening if within <u>30</u> days of this order a motion is filed which represents

that the terms of the settlement agreement have not been performed and

there is good cause for the non-performing party or parties to have failed to

perform.


                                        **Zita Lovett**
                                            **/s/**
                                        _____
                                        **Deputy Clerk**

**January 27, 2006**